UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY LEE TAYLOR,
FDOC #115861,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.:　3:14cv205/MCR/EMT

MICHAEL CREWS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated September 18, 2014 (doc. 16).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.　　The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.　　This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1), 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and 42 U.S.C. § 1997e(e).

3.　　The clerk is directed to close this file.

**DONE AND ORDERED** this 7th day of October 2014.

                                                          s/ *M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**